IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Elston, Mable R

Printed: 4/15/08

Case Number: 03 B 49557
Judge: Wedoff, Eugene R
Filed: 12/9/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: March 13, 2008
Confirmed: February 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,819.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 20,115.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,820.00 |
| Trustee Fee: |  | 1,188.10 |
| Other Funds: |  | 1,695.00 |
| Totals: | 24,819.00 | 24,819.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 1,820.00 | 1,820.00 |
| 2. | American General Finance | Unsecured | 354.79 | 476.35 |
| 3. | Ford Motor Credit Corporation | Unsecured | 8,648.31 | 11,611.44 |
| 4. | ECast Settlement Corp | Unsecured | 967.62 | 1,299.24 |
| 5. | Portfolio Recovery Associates | Unsecured | 4,966.76 | 6,668.46 |
| 6. | Little Company Of Mary Hospital | Unsecured | 45.00 | 60.41 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 430.00 | 0.00 |
| 8. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 9. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 10. | Jackson National Life Insurance Co | Unsecured |  | No Claim Filed |
| 11. | Public Storage | Unsecured |  | No Claim Filed |
| 12. | Publisher's Choice | Unsecured |  | No Claim Filed |
| 13. | Parkway Medical | Unsecured |  | No Claim Filed |
| 14. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,232.48 | $ 21,935.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 89.99 |
| 4% | 117.03 |
| 6.5% | 266.48 |
| 3% | 40.41 |
| 5.5% | 236.88 |
| 5% | 80.22 |
| 4.8% | 141.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Elston, Mable R | Case Number: 03 B 49557 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/15/08 | Filed: 12/9/03 |

```
          5.4%              215.55
                           _____
                           $ 1,188.10
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

                    *[signature]*
                    _____